No. 00-7660. TAYLOR v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00-7662. SONTAG v. MECHLING, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYNESBURG. C. A. 3d Cir. Certiorari denied.

No. 00-7663. RODRIGUEZ v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-7664. UNDERWOOD v. CALDERON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-7665. WHITE v. SMITH, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00-7668. SUTTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 00-7670. WILLIS v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-7671. WEBB v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-7673. TWYMAN v. KING COUNTY, WASHINGTON, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-7675. THOMPSON v. OKANAGAN HOUSE, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 00-7681. STONE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00-7684. ADAMS v. LEMASTER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-7686. JACKSON v. HARGETT, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 00-7687. SIMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 00-7691. CODDINGTON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.